AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:16-cr-251-TWP-MJD-17 |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| REYNOLD DE LA TORRE | (COMPASSIONATE RELEASE) |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, IT IS ORDERED that the motion is:

☐ DENIED.

☒ **DENIED WITHOUT PREJUDICE.** Defendant filed a pro se letter that the Court construes as a Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A). On its face, Defendant's motion does not show that he is entitled to compassionate release under § 3582(c)(1)(A). Accordingly, his motion, dkt. [1360], is **denied without prejudice**. If Defendant wishes to renew his motion, he may do so by completing and returning the attached form motion. (Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release) (Pro Se Prisoner)). If Defendant renews his motion, he must explain: (1) when he tested positive for COVID-19; (2) what symptoms he experienced; (3) whether he has recovered from COVID-19; and (4) if not, what symptoms he is currently experiencing.

IT IS SO ORDERED.

Dated: 12/18/2020

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

Distribution:

Reynold De La Torre
Reg. No. 15502-028
FCI Sandstone
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072

All Electronically Registered Counsel